# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

ALFONSO PROCOPIO,

    Plaintiff,

    v.

MIDLAND FUNDING, LLC,
MIDLAND CREDIT MANAGEMENT, INC.,
and
ENCORE CAPITAL GROUP, INC.,

    Defendants.

Civil Action No. TDC-15-1903

## ORDER

On December 17, 2015, Plaintiff Alfonso Procopio filed a Stipulation to Dismiss signed by all parties who have appeared in this action seeking dismissal with prejudice. ECF No. 17. The Court having reviewed the Stipulation, it is hereby ORDERED that this action is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Clerk is directed to close this case.

Date: December 22, 2015

                                                       /s/
                                      THEODORE D. CHUANG
                                      United States District Judge